N. E. GANT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28423.

Court of Criminal Appeals of Texas.

June 27, 1956.

N. E. GANT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28424.

Court of Criminal Appeals of Texas.

June 27, 1956.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $150.

The record on appeal contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for two separate sales of whiskey in a dry area; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.